JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALONDRA MCGUIRE and BERNARD J. WALKER, <br><br> Plaintiffs, <br><br> vs. <br><br> FCA US LLC; and DOES 1 through 10, inclusive <br><br> Defendant. | Case No. CV 23-06267-DMG (JPRx) <br><br> **JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

Plaintiffs ALONDRA MCGUIRE and BERNARD J. WALKER ("Plaintiffs") accepted Defendant FCA US LLC's Offer of Judgment Pursuant to Fed. R. Civ. P. 68 on November 6, 2023 [Doc. # 19].

Accordingly, the Court enters JUDGMENT in favor of Plaintiffs in the amount of $140,631.96 pursuant to the terms of the Rule 68 Offer.

**IT IS SO ORDERED.**

DATED: May 20, 2024

_____
DOLLY M. GEE
Chief U.S. District Judge

1
**JUDGMENT**