# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERNARD J. WALKER and ALONDRA MCGUIRE,<br><br>Plaintiffs,<br><br>vs.<br><br>FCA US, LLC.; and DOES 1 through 10, inclusive<br><br>Defendants. | Case No. CV 23-06267-DMG (JPRx)<br><br>**ORDER RE PLAINTIFFS' ATTORNEYS' FEES, COSTS, AND EXPENSES [25]** |

    Plaintiffs BERNARD WALKER AND ALONDRA MCGUIRE ("Plaintiffs") and Defendant FCA US, LLC. have agreed that FCA US, LLC. will pay $25,000.00 to resolve Plaintiffs' attorneys' fees, costs, and expenses.

    Accordingly, the Court hereby enters an ORDER for Defendant to pay Plaintiffs $25,000.00 to resolve attorneys' fees, costs, and expenses. Payment is to be made to counsel for Plaintiffs by December 3, 2024. After satisfaction of payment, Plaintiffs will dismiss this case with prejudice as to all parties within 10 business days.

    **IT IS SO ORDERED.**

DATED: September 5, 2024

                                                        DOLLY M. GEE
                                                         Chief United States District Judge