**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ALONDRA MCGUIRE and BERNARD J. WALKER<br><br>Plaintiffs,<br><br>v.<br><br>FCA US, LLC; and DOES 1 through 10, inclusive,<br><br>Defendants. | No. CV 23-6267-DMG (JPRx)<br><br>**ORDER GRANTING PLAINTIFFS' REQUEST FOR DISMISSAL [27]** |

Upon review of Plaintiffs' Request to dismiss this case in light of settlement of damages and attorneys' fees, costs, and expenses [Doc. # 27] pursuant to the Court's prior order [Doc. # 26], and satisfied funding of such:

**IT IS HEREBY ORDERED** that the above-captioned action is **DISMISSED WITH PREJUDICE**.

DATED: October 27, 2025

_____
DOLLY M. GEE
CHIEF U.S. DISTRICT JUDGE